April 30, 2013



# JUDGMENT
# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

CRAIG ZAMIATOWSKI, Appellant

NO. 14-12-00478-CV             V.

PATTY ZAMIATOWSKI, Appellee

_____

This cause, an appeal from the "FINAL DECREE OF DIVORCE," signed February 3, 2012, was heard on the transcript of the record.

We have inspected the record and find error in the following paragraph of the section of the decree entitled "***Judgment for Reimbursement Claims in favor of Petitioner***" and REFORM the paragraph to substitute $57,061.00 for $85,729.00: "IT IS ORDERED AND DECREED that Craig will secure the award of this judgment in favor of PATTY by executing and delivering to PATTY's counsel, Zooey Wharton, a Real Estate Lien Note in the amount of $85,729.00 and a deed of trust for the real property located at 5132 Whitewing Dr., Richmond, Texas 77469 on or before the signing of this Decree."

We also find error in the following paragraph of the section of the decree entitled "***Execution of Instruments by CRAIG ZAMIATOWSKI***" and REFORM the paragraph to substitute $57,061.00 for $85,729.00: "Unless specifically set forth below, CRAIG ZAMIATOWSKI will execute, have acknowledged, and deliver to Zooey Wharton at 3355 W. Alabama, Suite 444, Houston, Texas 77098 on or before the Court's entry of the final decree of divorce in this case, the following instruments: 1. Real estate lien note in the amount of $85,729.00 . . . ."

We order the "FINAL DECREE OF DIVORCE" of the court below AFFIRMED except as modified in this judgment.

We order appellant, Craig Zamiatowski, to pay all costs incurred in this appeal. We further order this decision certified below for observance.